*Jr.* and *Edmund Nelson* for petitioner. *Harold W. Kennedy* for respondents. *William L. Holloway* and *C. Coolidge Kreis* filed a brief for the California Bankers Association, as *amicus curiae,* supporting the petition. ■

No. 369. CARROLL ET UX. *v.* KELLY, ADMINISTRATRIX. Supreme Court of Washington. Certiorari denied. *Clarence C. Dill* for petitioners. *Harry T. Davenport* for respondent.

No. 370. KNAUTH ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Arnold W. Knauth* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for the United States.

No. 377. STANDARD OIL CO. *v.* CITY OF TALLAHASSEE. C. A. 5th Cir. Certiorari denied. *Lawrence A. Truett* and *Charles G. Middleton* for petitioner. *James Messer, Jr.* for respondent.

No. 38, Misc. RICHTER *v.* UNITED STATES; and
No. 39, Misc. CANNON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States. Reported below: 181 F. 2d 354, 591.

No. 60, Misc. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79, Misc. MARTIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.